Hodlund

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

01-18587

Court File No. 01CV2434 PAM/JGL

Dr. James P. Seim, D.C.,

Plaintiff,

vs.

National Life of Vermont, National Life Insurance Co., a Vermont corporation, and UnumProvident Corporation, a Maine corporation,

Defendants.

**STIPULATION TO ENLARGE TIME TO SERVE AND FILE ANSWER OR RESPONSIVE PLEADING**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties stipulate and request that the Court grant Defendants an extension to January 18, 2002, to interpose an answer or responsive pleading in this matter.

Dated: January 7, 2002

**MEAGHER & GEER, P.L.L.P.**

Jeffrey M. Thompson (ID No. 197245)
Livia E. Babcock (ID No. 299443)
33 South Sixth Street #4200
Minneapolis, MN 55402
Telephone: (612) 338-0661
Attorneys for Plaintiff

Dated: January 3, 2002

**KRASS MONROE, P.A.**

Terrance J. Wagener (ID #213676)
John Harper III (ID No. 41397)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendants



FILED JAN 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The Court adopts the foregoing stipulation and extends the time by which Defendants may serve and file an answer or responsive pleading until January 18, 2002.

Dated: Jan. 22, 2002

BY THE COURT

United States Magistrate Judge

G:\WPDATA\U\UNUMPROVIDENT\63-SEIM\PLDG\STIPULATION.DOC