UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. James P. Seim, D.C., Civ. File No. 01-2434 (PAM/JGL)

Plaintiff,

v. **MEMORANDUM AND ORDER**

National Life of Vermont,
National Life Insurance Company,
a Vermont corporation, and
UnumProvident Corporation,
a Maine corporation,

Defendants.

---

This matter is before the Court on Plaintiff's Second Motion for a Finding of Contempt Against Defendants for Non-Compliance with Preliminary Injunction. On January 16, 2002, the Court entered a preliminary injunction ordering Defendant insurers to pay Plaintiff Dr. James Seim disability and overhead business expense benefits from August 1, 2001 until this matter is adjudicated or the preliminary injunction order is dissolved.

To date, Defendants have not complied with the Order of the Court. Dr. Seim therefore requests that the Court hold Defendants in contempt of the injunction and order them to immediately pay him the benefits overdue, pay him his reasonable attorney's fees incurred in bring this Motion and an earlier contempt Motion which was dropped based on Defendants' promise to pay, and pay an additional $10,000 per day from January 25 until the order is fully complied with.

JAN 3 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on Defendants' representations to the Court at an oral hearing on this matter on January 30, 2002, the Court is confident that the Order will be complied with by the end of the day on January 31, 2002.

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Second Motion for a Finding of Contempt Against Defendants for Non-Compliance with Preliminary Injunction is **GRANTED in Part and DENIED in Part** as follows:

1. Defendants are hereby **ORDERED** to pay Plaintiff by 4:30 central standard time on January 31, 2002, disability and overhead business expense benefits from August 1, 2001, until this matter is adjudicated or this Order is dissolved;
2. Defendants are hereby **ORDERED** to pay Plaintiff's reasonable attorney's fees in bringing this Motion and the earlier Motion for contempt within the next 30 days; and
3. If Defendants fail to pay Plaintiff by 4:30 central standard time on January 31, 2002, disability and overhead business expense benefits from August 1, 2001, until this matter is adjudicated or this Order is dissolved, Defendants

**will be ORDERED** to pay an additional $10,000 per day after January 31, 2002, until such expenses are paid.

Dated: January 30, 2002

Paul A. Magnuson
United States District Court Judge