UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. James P. Seim, D.C.,

Civ. File No. 01-2434 (PAM/JGL)

Plaintiff,

v.

**ORDER**

National Life of Vermont,
National Life Insurance Company,
a Vermont corporation, and
UnumProvident Corporation,
a Maine corporation,

Defendants.

---

This matter is before the Court on Defendants' request for reconsideration pursuant to Local Rule 7(g). Defendants seek reconsideration of this Court's Order of January 16, 2002, Order (Clerk Doc. No. 12), granting Plaintiff's request for a preliminary injunction. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." D. Minn. L.R.7(g).

Defendants contend that they did not receive reasonable notice that the Court would consider Plaintiff's request for a temporary restraining order as a request for a preliminary injunction. The Court informed the parties at the start of the hearing that it would treat the motion as one for a preliminary injunction, as is the Court's long-standing practice. Defendants did not object at that time, and Defendants' late objection is not well taken.

Defendants also object that there was insufficient evidence to support the preliminary

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

injunction. Clearly, the Court found that sufficient evidence supported Plaintiff's request for injunctive relief. Defendants are free to challenge that evidence in a request to lift the preliminary injunction or at a trial on the merits. Defendants' contentions do not present the compelling circumstances required to reconsider the prior Order.

Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' request for permission to file a Motion for Reconsideration is **DENIED.**

Dated: Feb. 6, 2002

Paul A. Magnuson
United States District Court Judge