**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JAMES P. SEIM, Dr., D.C.,**

Plaintiff,

v.

**NATIONAL LIFE OF VERMONT, NATIONAL LIFE INSURANCE COMPANY, a Vermont Corporation, and UNUMPROVIDENT CORP., a Maine Corporation,**

Defendants.

Civil No. 01-2434 (PAM/JGL)

**O R D E R**

APPEARANCES

Jeffery M. Thompson, Esq. for Plaintiff.

Terence J. Wagener, Esq. for Defendants.

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on May 21, 2002, on Plaintiffs' Motion for Leave to File Reply (No Doc. No.). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiffs have filed a Motion for Leave to Amend the Complaint. Defendants oppose this motion. Plaintiffs now seek leave to file a reply to

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendants' opposition papers. Plaintiff's motion is granted and Defendants have until the close of business on May 24, 2002 to file any response to Plaintiff's reply.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion for Leave to File Reply (No Doc. No.) is **GRANTED**; and

(2) Defendants shall file any response to Plaintiff's reply by May 24, 2002.

Dated: May 21, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge