UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. James P. Seim, D.C., | Court File No. 01-CV-2434 PAM/JGL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO RELEASE CASH BOND** |
| National Life of Vermont, National Life Insurance Co., a Vermont corporation, and UnumProvident Corp., a Maine corporation, | |
| Defendants. | |

The above matter came before the undersigned on Plaintiff Dr. James Seim's Motion to Release Cash Bond. Plaintiff Dr. James P. Seim posted $5,000.00 in cash in this case in lieu of a bond on January 18, 2002 pursuant to the Honorable Paul A. Magnuson's Order entered January 16, 2002 granting Plaintiff preliminary injunctive relief. Having considered all of the files and records herein, the Court issues the following order:

**IT IS HEREBY ORDERED** that this Court orders released to Plaintiff Dr. James P. Seim his $5,000.00 cash bond, which was posted on January 18, 2002 as follows:

        Payable to:    Meagher & Geer Client Trust Account
                             Tax I.D. No.: 41-0726610

        Mail to:        Jeffrey M. Thompson
                             Meagher & Geer, P.L.L.P.
                             33 South Sixth Street, Ste. 4400
                             Minneapolis, MN 55402

Dated: May  26 , 2010                            s/Paul A. Magnuson
                                                                   Honorable Paul A. Magnuson
                                                                   United States District Court Judge